# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA,<br><br>       Plaintiff,<br><br>   v.<br><br>KATHLEEN ALLISON,<br><br>       Defendant. | Case No.  1:22-cv-00763-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc.  11) |

The magistrate judge filed findings and recommendations, recommending that the court deny Plaintiff's motion for a preliminary injunction. (Doc. 11). The Court served the findings and recommendations on Plaintiff. (*Id*.) It contained notice that objections were to be filed within 14 days. (*Id*.) Plaintiff did not file any objections and the time to do so has expired. (*See* docket.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

(1) The findings and recommendations, filed on October 27, 2022 (Doc. 11), are

   **ADOPTED IN FULL**.

(2) Plaintiff's motion for a preliminary injunction (Doc. 8) is **DENIED**.

///

The case shall remain open.

IT IS SO ORDERED.

Dated:   **December 6, 2022**                                   /s/ Jennifer L. Thurston
                                                                                    UNITED STATES DISTRICT JUDGE